JAMES & HOLMSTROM PIANO CO., PETITIONER, *v.* COMMISSIONER OF INTERNAL REVENUE, RESPONDENT.

Docket No. 18833.   Promulgated March 19, 1930.

*R. Kemp Slaughter, Esq.,* and *Hugh C. Bickford, Esq.,* for the petitioner.

*H. L. Jones, Esq.,* for the respondent.

OPINION.

TRAMMELL: Upon authority of the appeal of *Jacob Brothers Co.*, 19 B. T. A. 315, it is out opinion that the collection of the deficiency in this case is barred by the statute of limitations.

*Judgment will be entered for the petitioner.*